IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERO DIGITAL, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 2:15-cv-1537 |

### ORDER

Having considered Plaintiff Minero Digital, LLC's ("Plaintiff") Motion to Dismiss Defendant Amazon.com, Inc., the Court finds that good cause exists for granting the Motion. The Motion to Dismiss is GRANTED. All claims asserted by Plaintiff against Defendant Amazon.com, Inc. are hereby dismissed WITH prejudice. Each party will bear its own costs and attorneys' fees.

**SIGNED this 5th day of April, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE