IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MINERO DIGITAL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>STARTECH.COM USA LLP,<br><br>Defendant. | CIVIL ACTION NO.: 2:15-cv-1537 |

### ORDER GRANTING JOINT MOTION FOR DISMISSAL

Having considered the Joint Motion filed by Plaintiff Minero Digital, LLC ("Minero") and Defendant Startech.Com USA LLP ("Startech"), this Court finds that good cause exists for granting that motion. The Motion is therefore GRANTED.

All claims asserted by Minero against Startech are dismissed WITH prejudice. Startech's counterclaims against Minero are dismissed WITHOUT prejudice. Each party will bear its own costs, expenses and attorneys fees.

**SIGNED this 16th day of May, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE